**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TRANSFER ORDER**

**IT IS ORDERED** that the following Section "A" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 09-0008 | CAR Financial Serv. v. Lapalco Motors |
| 13-5027 | Pan American Life Ins. Co. v. Louisiana Acquisitions Corp. |
| 16-1933 | Chaves v. Winn Dixie Stores, Inc. |
| 16-15427 | Quiroz v. C&G Welding, Inc. |
| 17-7102 | W&T Offshore v. U. S. Department of Interior |
| 17-11794 | Taylor v. TT, et al. |
| 17-12039 | Callais Capital Mgmt v. Wilhite |
| 17-15246 | Top Kent v. SCF Bunge Marine, LLC |
| 18-2472 c/w 18-6113 | Williams v. IQS Insurance Risk Retention Group  Thomas v. IQS Insurance Risk Retention Group |
| 18-3425 | Stag v. Smith |
| 18-5055 | Americas Insurance Co. v. Jarreau |
| 19-1304 | Bertucelli v. Universal City Studios LLC |
| 19-9974 | Dressner v. Vannoy |
| 19-10696 | Hof v. LaPorte |

**IT IS FURTHER ORDERED** that the following Section "B" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 17-11546 | Brumley, et al v. Loborde Marine Management, LLC, et al |
| 17-12196 | Pierre, et al v. Medtronic, Inc., et al |
| 18-0623 | D&B Boat Rentals, Inc. v. National Pollutions Funds Center, et al |
| 18-4665 | Great Northern & Southern Navigation Co LLC French American Line v. Certain Underwriters at Lloyd's, London |
| 18-5145 | Ducombs v. Biomet, Inc., et al |
| 18-7523 | Choina v. State Farm Life Insurance Co. |
| 18-6807 | Harvey v. Shelton Trucking, LLC, et al |
| 18-7357 | McKinley v. Swift Transportation Co., LLC, et al |
| 18-7884 | Chiasson, et al v. Edison Chouest Offshore, LLC |
| 18-9421 | Knight , et al v. Huntington Ingalls Inc., et al |
| 18-9985 | Elite Investment Group, LLC v. Worley Claims Services, LLC |
| 18-14046 c/w 18-14051 | Taylor Energy Co., LLC v. Luttrell, et al<br>Taylor Energy Co., LLC v. Couvillion Group, LLC |
| 19-2197 | Lawrence v. Center Properties, LLC, et al |
| 19-8290 | New Orleans City v. Apache Louisiana Minerals, LLC, et al |

**IT IS FURTHER ORDERED** that the following Section "E" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 16-838 | Carlisle v. Normand, et al |
| 18-746 | Rhodes v. Genesis Marine, LLC of Delaware et al |
| 18-6013 | Robling v. Social Security Administration |
| 18-6084 | McGriff, Seibels & Williams, Inc. v. Madden |
| 18-9016 | RYC v. Haakinson, et al |
| 18-10212 | Gomilla v. Bracco Diagnostics, Inc., et al |
| 18-10658 | Thompson v. Hammond City, et al |
| 18-10683 | Bertino-Spina v. Aetna Life Insurance Company |
| 18-10881 | Academy Place, LLC et al v. First NBC Bank et al |
| 18-11057 | In the Matter of Gabriel Lasala |
| 19-400 | CertainTeed Corporation v. Mayfield |
| 19-991 | Huntington Ingalls Incorporated v. Keating Law Firm, LLC et al |
| 19-9819 | Foremost Insurance Company Grand Rapids, Michigan v. Cantium, LLC |
| 19-10613 | Abron v. Barrilleaux et al |
| 19-10661 | Gamble v. Renaissance Group et al |

**IT IS FURTHER ORDERED** that the following Section "F" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| CR 17-70 | U.S. v. Charlene Schlosser Bentel |
| CR 17-229 | U.S. v. Ever Jiminez-Mendoza |
| CR 18-229 | U.S. v. James Raiford |
| CR 19-80 | U.S. v. Juan Santos Perez-Zavala |

### CIVIL ACTION CASES:

| | |
|---|---|
| 16-13642 | McKey v. August, et al. |
| 18-3163 | Reich Bros., et al. v. Cheramie, et al. |
| 18-5787 | Terrell v. Pichon, et al. |
| 18-6465 | Grant, et al. v. Dorsey, et al. |
| 18-6578 | Matthews v. Stevenson, et al. |
| 18-9859 | Bailey v. Life Insurance Company of North America |
| 18-11666 | Dretar v. Vicari, et al. |
| 19-28 | Judice v. Alpha Process Sales, Inc. |
| 19-48 | Liberty Mutual Fire Insurance Company v. Bernhard MCC, LLC |
| 19-8033 | McKey v. Houston, et al. |
| 19-9171 | Administrators of the Tulane Educational Fund v. Afaxys, Inc. |
| 19-10103 | Degree, et al. v. McLin, et al. |
| 19-10341 | Official Committee of Unsecured Creditors of First NBC Bank Holding Company v. Ryan, et al. |
| 19-10356 | Gaudet, et al. v. Howard L. Nations, APC, et al. |
| 19-10658 | Martin, et al. v. Phillips, et al. |

**IT IS FURTHER ORDERED** that the following Section "G" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 18-710 c/w 18-7613 | Soileau & Associates, LLC v. BCBS |
| 18-6590 | Diaz v. USA Professional Labor, LLC |
| 18-7161 | United Healthcare Services, Inc. v. UTC Laboratories, LLC |
| 18-8806 | Spector v. USAA Casualty Insurance Company |
| 18-8930 | EEOC v. Imperial Trading Co. |
| 18-13330 | Carollo v. ACE American Insurance Company |
| 19-150 | Plumbers & Steamfitters Local 60 Pension Plan v. AH Guthans Company |
| 19-1533 | All Star Electric, Inc. v. Eagle Scaffolding and Equipment Company |
| 19-1849 | GNO Real Estate Holdings, LLC v. Uptown NOLA Living Realty, LLC |
| 19-1945 | Singleton v. Life Insurance Company of North America |
| 19-2356 | Pate v. Tim Clark Construction, LLC |
| 19-9927 | Verdin v. Life Insurance Company of North America |
| 19-1986 | Young v. Pioneer Production Services, Inc. |
| 19-2536 | Rathore v. Feng |

**IT IS FURTHER ORDERED** that the following Section "H" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 17-5899 | Egana et al v. Blair's Bail Bonds, Inc. et al |
| 18-5611 | Bauer v. Pourciau et al |
| 18-8385 | St. Romain v. E.N. Bisso & Son, Inc. |
| 18-9106 | Prosperity Bank v. Tom's Marine and Salvage, LLC et al |
| 18-11551 | REQ Assignment for the Benefit of Creditors LLC v. Haulotte Group SA |
| 18-11753 | Mott v. Life Insurance Company of North America |
| 18-14065 | Taylor Energy v. US Dept of Interior |
| 19-1278 | Roberts v. Kinetic Koncepts, LLC |
| 19-1354 | Afzal v. Department of Homeland Security |
| 19-1692 | Cerberus, L.L.C. et al v. Caruso et al. |
| 19-1745 | Nicholas S. Karno No. 1, Inc. v. Silver Bourbon, Inc. et al |
| 19-7942 | Kirkendoll v. Entertainment Acquisitions, L.L.C. |
| 19-9537 | Gilbert v. Cates et al |
| 19-10072 | Fowler v. Atchity Productions, LLC |
| 19-10636 | Landry v. Louisiana State |

**IT IS FURTHER ORDERED** that the following Section "I" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 18-112 (4) | USA v. William B. Hungerford, Jr.<br>Timothy O. Milbrath |

### CIVIL ACTION CASES:

| | |
|---|---|
| 18-4415 | Macy v. Hinode Kaiun Co. LTD, et al |
| 18-6509 | Cambre v. Smith et al |
| 18-8666 | Shafiq v. Ochsner Health System et al |
| 18-9388 | Granite State Insurance Company et al v. Delta Marine & Environmental Services, LLC |
| 18-11733 | Lancaster v. St. Tammany Parish Hospital |
| 18-12145 | Antares Maritime Pte Ltd. v. Board of Commissioners for the Port of New Orleans et al |
| 18-13937 | In RE: C-Truc 7, LLC et al |
| 19-676 | Couvillion Group LLC v. Quality First Construction, LLC |
| 19-848 | Shiell et al v. Jones et al |
| 19-2107 | Medlin v. Biomet Inc et al |
| 19-9304 | Board of Commissioners of the Port of New Orleans v. Opta Minerals, Inc. et al |
| 19-9503 | Cooper Consolidated, LLC v. Baltic Wind, Ltd. et al |
| 19-9926 | In Re: In the Matter of RL1000, LLC et al |
| 18-6491 | Brignac v. Roussel et al<br>**\*case is stayed and administratively closed\*** |
| 14-1418 | Liberty Mutual Insurance Company v. Integrated Pro Services, LLC et al<br>**\*case is stayed and administratively closed\*** |

**IT IS FURTHER ORDERED** that the following Section "J" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

03-329 USA v. Pineda

04-325 USA v. Lin

04-325 USA v. Zheng

13-153 USA v. He

### CIVIL ACTION CASES:

| | |
|---|---|
| 18-11665 | Katchadurian v. Adams & Reese, LLP |
| 18-12143 | Ladesma v. Gusman, et al. |
| 19-112 | Muthuswamy v. Liberto, et al. |
| 19-185 | James v. Bank of America, N.A. |
| 19-472 | Robin v. Social Security Administration |
| 19-674 | Starns v. Life Insurance Company of North America |
| 19-838 | Victor v. Louisiana State Penitentiary, et al. |
| 19-2281 | Moore v. Pressley |
| 19-2730 | Hanover Insurance Company v. Singley, et al. |
| 19-2786 | Jordan v. Kent |
| 19-5119 c/w 19-6484 c/w 19-9403 | Cerullo v. Certain Underwriters at Lloyds of London, et al. Guinn, et al. v. Loflin, et al. Thompson, et al. v. Certain Underwriters at Lloyds of London |
| 19-9554 | Landry v. Johnson & Johnson, et al. |
| 19-9944 | Foreman v. Jenkin |

**IT IS FURTHER ORDERED** that the following Section "L" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 18-4497 | Horizon Navigation Ltd. v. Progressive Barge Line, Inc., et al |
| 18-6646 | Reel Pipe, LLC v. USA Comserv, Inc. |
| 18-7449 | Percy Baulden v. Wright National Flood Insurance Company |
| 18-7257 | Norman Bourque v. Edison Chouest Offshore, LLC |
| 18-7791 | Esther Hammond v. National Continental Insurance Company, et al |
| c/w 18-7924 | Dorothy Hubbard v. Ivan N. Kirsanov, et al |
| c/w 18-7938 | Erin Moran v. Seahawk Transportation, LLC, et al |
| 18-9700 | K3 Logistics, L.L.C. v. Center Lift, Inc. |
| 18-12186 | Todd Dufrene v. Lirette Airboat Service, LLC, et al |
| 18-13898 | Celia Cheramie v. Union Security Insurance Company, et al |
| 19-2171 | Arnold Breaux v. Gables Transport, Inc., et al |
| 19-2440 | Adriatic Marine, LLC v. Roland Harrington |
| 19-9339 | Harry Marsh v. Huntington Ingalls Incorporated, et al |
| 19-9719 | Tracie L. Washington v. Marlin N. Gusman |

**IT IS FURTHER ORDERED** that the following Section "M" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 18-1785 | Champagne v. Martin |
| 18-5942 | Wayne Jacob's Smokehouse Distribution, LLC v. Munford, et al. |
| 18-9048 | Doucet v. Social Security Administration |
| 18-10063 | Robertson v. Dollar Tree |
| 18-10278 | Landry v. Boneafied |
| 18-10714 | Prine v. LGS Logistics |
| 18-10804 | St. Pierre v. Burns |
| 18-13404 | Otero v. Advocacy Center |
| 18-13798 | Edwards v. Gusman |
| 19-845 | Leboeuf v. Forster |
| 19-1348 | Smith v. Louisiana |
| 19-9069 | 721 Bourbon v. Willie's Chicken |
| 19-9391 | The McDonnel Grp. v. DFC Grp. |
| 19-9513 | DiVincenti v. Netflix |
| 19-9315 | Acosta v. HIPnation Operations & Solutions, LLC, et al. |

**IT IS FURTHER ORDERED** that the following Section "R" cases are hereby reallotted to Judge Wendy Vitter, Section "D" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 18-211 | USA vs. Keith Wilkinson |
| 18-258 | USA vs. Charles Edward Banks |
| 19-54 | USA vs. David Joseph Hunter |
| 19-76 | USA vs. N&F Logistics, Inc. |

### CIVIL ACTION CASES:

| | |
|---|---|
| 17-6709 | 330 Magazine St. vs. BM Hotels |
| 17-10556 | Peddy vs. Qualis |
| 17-13009 | Garon vs. Illinois Central Railroad Company, et al. |
| 17-15074 | Coder vs. MI LLC |
| 18-4738 | Michel vs. Ford |
| 18-7378 | Babin vs. Plaquemines Parish |
| 18-7599 c/w 18-7616 | Warren, et al. vs. Rosstrans, et al. |
| 18-9464 | Smith, et al. vs. Tensley, et al. |
| 19-340 | Bardales vs. Fontana & Fontana |
| 19-593 | Wells Fargo vs. Jones, et al. |
| 19-2360 | Oglesby vs. Mass Contracting |
| 19-9714 | Preston vs. Friedrichs Road |
| 19-9845 | Liberty Mutual Insurance Co. vs. Daniel Bouillon |

**NEW ORLEANS, LOUISIANA,** this __3rd__ day of June, 2019.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**